THOMAS S. McCONNELL (Bar No. 132932)
thomas.mcconnell@msrlegal.com
KATHRYN R. JONES (Bar No. 252004)
katie.jones@msrlegal.com
MILLER STARR REGALIA
A Professional Law Corporation
1331 N. California Blvd., Fifth Floor
Post Office Box 8177
Walnut Creek, California 94596
Telephone:    (925) 935- 9400
Facsimile:    (925) 933-4126

Attorneys for Plaintiff
CVS PHARMACY, INC., a Rhode Island corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CVS PHARMACY, INC., a Rhode Island corporation, | No. CV12-07000 -ODW (AGRx) |
|---|---|
| Plaintiff, | ORDER GRANTING <u>PRELIMINARY INJUNCTION</u> |
| v. | |
| STEVEN GINCIG, D.C.M. & ASSOCIATES, LLC, a California limited liability company and DOES 1-10, | Date complaint filed:   August 14, 2012<br>Trial date:                    None set |
| Defendants. | |

Based upon the accompanying Stipulation for Preliminary Injunction entered into between plaintiff CVS PHARMACY, INC. ("CVS"), on the one hand, and defendants STEVEN GINCIG and D.C.M. & ASSOCIATES, LLC, on the other, and good cause appearing therefor,

IT IS HEREBY ORDERED that during the pendency of this action defendants STEVEN GINCIG and D.C.M. & ASSOCIATES, LLC and their officers, directors, members, shareholders, affiliated companies, partners, beneficiaries, agents, attorneys, contractors, subcontractors, consultants, legal and personal representatives, employees, and fictitious names, including, but not limited to "Peter Ryan", "Thomas E. Darton", "Premier Financial Recoveries", "Premier Financial Recovery Services", and "Darton, Cheswick & Martin", are enjoined and restrained from the following:

1.    Interfering with CVS and/or any of its agents, representatives, contractors, employees, and/or attorneys from collecting any monies from the Vendors identified in <u>Exhibit "A"</u> to this Order;

2.    Corresponding verbally or in writing with any of the Vendors concerning CVS and/or the Vendor Debit Balances identified in <u>Exhibit "A"</u>;

3.    Collecting or attempting to collect any further Vendor Debit Balances, identified on <u>Exhibit "A"</u>, or any other monies owing to CVS from the Vendors identified in <u>Exhibit "A"</u>.

4.    Retaining possession of any portion of any monies owing to CVS collected from the Vendors identified in <u>Exhibit "A"</u>; and

5.    Using CVS' name or likeness in any debt collection efforts.

IT IS FURTHER ORDERED that in the event that the above-named defendants receive any monies from the Vendors identified in <u>Exhibit "A"</u>, or any other monies owing to CVS, defendants shall immediately turnover sums to their counsel of record, Brandon M. Tesser, who shall deposit said sums into a trust account pending resolution of the above-captioned matter.

**IT IS SO ORDERED.**

Dated: September 13, 2012

_____
Hon. Otis D. Wright, II
United States District Court
Central District of California