thomas.mcconnell@msrlegal.com

2 KATHRYN R. JONES (Bar No. 252004)
katie.jones@msrlegal.com

3 MILLER STARR REGALIA
A Professional Law Corporation

4 1331 N. California Blvd., Fifth Floor
Post Office Box 8177

5 Walnut Creek, California 94596
Telephone: (925) 935-9400

6 Facsimile: (925) 933-4126

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

JUL 30 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS-6

FILED
CLERK, U.S. DISTRICT COU

AUG 27 2013

CENTRAL DISTRI    F CALIFO
EASTERN DIVISIO
BY DE

7 Attorneys for Plaintiff
CVS PHARMACY, INC., a Rhode Island

8 corporation

9                UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11

12 CVS PHARMACY, INC., a Rhode Island
corporation,                                No. CV12-07000 JGB (AGRx)

13
                                            [Proposed] JUDGMENT UNDER SEAL AN
          Plaintiff,                        PERMANENT INJUNCTION PURSUANT

14                                          TO STIPULATION

15 v.

16 STEVEN GINCIG, D.C.M. &
ASSOCIATES, LLC, a California limited       Date complaint filed:    August 14, 2012

17 liability company and DOES 1-10,
                                            Pre-Trial Conference:    October 7, 2013

18        Defendants.                       Trial date:              October 29, 2013

19        In accordance with the terms of the written Stipulation for Entry of Judgment

20 Under Seal and Permanent Injunction entered into between plaintiff CVS PHARMACY, INC.

21 ("CVS" or "Plaintiff") and defendants STEVEN GINCIG ("GINCIG") and D.C.M. &

22 ASSOCIATES, LLC ("DCM") (GINCIG and DCM will be collectively referred to hereinafter a

23 "Defendants") filed with this Court on July __, 2013 (the "Stipulation"), and good cause

24 appearing therefore,

25        IT IS ORDERED AND ADJUDGED that plaintiff CVS PHARMACY, INC. sha

26 have Judgment against and shall recover jointly from defendants STEVEN GINCIG and

27 D.C.M. & ASSOCIATES, LLC monetary damages in the amount of $915,944.80 pursuant to

28 CVS' causes of action for fraud and conversion plead in CVS' Complaint filed in this action. Th

1  THOMAS S. McCONNELL (Bar No. 132932)
   thomas.mcconnell@msrlegal.com
2  KATHRYN R. JONES (Bar No. 252004)
   katie.jones@msrlegal.com
3  MILLER STARR REGALIA
   A Professional Law Corporation
4  1331 N. California Blvd., Fifth Floor
   Post Office Box 8177
5  Walnut Creek, California  94596
   Telephone:    (925) 935-9400
6  Facsimile:     (925) 933-4126

7  Attorneys for Plaintiff
   CVS PHARMACY, INC., a Rhode Island
8  corporation



RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

JUL 30 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 27 2013

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

9                  UNITED STATES DISTRICT COURT

10                CENTRAL DISTRICT OF CALIFORNIA

11

12  CVS PHARMACY, INC., a Rhode Island       No. CV12-07000 JGB (AGRx)
    corporation,
13                                           [Proposed] JUDGMENT UNDER SEAL AND
                   Plaintiff,                PERMANENT INJUNCTION PURSUANT
14                                           TO STIPULATION
    v.
15
    STEVEN GINCIG, D.C.M. &
16  ASSOCIATES, LLC, a California limited    Date complaint filed:    August 14, 2012
    liability company and DOES 1-10,
17                                           Pre-Trial Conference:    October 7, 2013
                   Defendants.               Trial date:              October 29, 2013
18

19          In accordance with the terms of the written Stipulation for Entry of Judgment

20  Under Seal and Permanent Injunction entered into between plaintiff CVS PHARMACY, INC.

21  ("CVS" or "Plaintiff") and defendants STEVEN GINCIG ("GINCIG") and D.C.M. &

22  ASSOCIATES, LLC ("DCM") (GINCIG and DCM will be collectively referred to hereinafter as

23  "Defendants") filed with this Court on July __, 2013 (the "Stipulation"), and good cause

24  appearing therefore,

25          IT IS ORDERED AND ADJUDGED that plaintiff CVS PHARMACY, INC. shall

26  have Judgment against and shall recover jointly from defendants STEVEN GINCIG and

27  D.C.M. & ASSOCIATES, LLC monetary damages in the amount of $915,944.80 pursuant to

28  CVS' causes of action for fraud and conversion plead in CVS' Complaint filed in this action. The

1   above set forth sums shall accrue interest at ten (10) percent per annum from the date of any

2   uncured breach in the payment terms contained in Paragraph 1 of the Stipulation until the

3   Judgment is paid in full. The Court shall retain jurisdiction over this action and the performance

4   of the Stipulation until the parties have completed full performance of the Stipulation or the

5   Judgment is satisfied in full, whichever occurs first.

6           IT IS FURTHER ORDERED AND ADJUDGED, pursuant to the terms of the

7   Stipulation reached between the parties and by order of this Court, that this Judgment shall be

8   filed under seal pursuant to the Court's inherent supervisory powers over the Court's records and

9   files and shall not be unsealed or collected or enforced by Plaintiff in any way unless and until

10   Defendants have committed an uncured default in any of the payment obligations set forth in

11   Paragraph 1 of the Stipulation or a breach of the permanent injunction provisions set forth

12   immediately below. Any party to this case may request that the Judgment be unsealed by the

13   Court and Plaintiff shall be allowed to pursue collection and enforcement of the Judgment based

14   on any of the following: 1) further written agreement by the parties; 2) an *Ex Parte* Application

15   filed by CVS supported by a Declaration under penalty of perjury; or 3) a noticed motion filed by

16   CVS. In the event that Defendants fail to comply fully and timely with any of the payment

17   provisions of Paragraph 1 of the Stipulation, within thirty (30) days from the date of the sending

18   of written notice, sent via overnight mail to GINCIG at both his addresses of 2801 Ocean Park

19   Blvd., Suite 246, Santa Monica, CA 90405 and 2665 30th Street, #102, Santa Monica, CA 90405

20   of any such delinquency, or Defendants' uncured breach of any of the provisions of the

21   permanent injunction provisions set forth in the Paragraph immediately below, after Plaintiff has

22   sent a draft of its proposed *ex parte* application or motion to unseal the Judgment based on breach

23   of the permanent injunction to GINCIG by overnight mail at the notice address set forth in

24   Paragraph 4 of the Stipulation at least ten (10) days before filing the *ex parte* application or

25   motion with the court and the breach remains uncured, Plaintiff shall have the right to unseal and

26   to collect on and enforce this Judgment against Defendants.

27           IT IS FURTHER ORDERED AND ADJUDGED that the Court, after entering an

28   Order Granting Preliminary Injunction in this Action against Defendants on September 13, 2012

1  ("Preliminary Injunction"), and based upon the Stipulation of the parties for entry of a permanent

2  injunction against Defendants, hereby enters a permanent injunction in favor of Plaintiff and

3  against defendants STEVEN GINCIG and D.C.M. & ASSOCIATES, LLC pursuant to which

4  defendants STEVEN GINCIG and D.C.M. & ASSOCIATES, LLC, and their officers, directors,

5  members, shareholders, affiliated companies, partners, beneficiaries, agents, attorneys,

6  contractors, subcontractors, consultants, legal and personal representatives, employees, and

7  fictitious names, including, but not limited to "Peter Ryan", "Thomas E. Darton", "Premier

8  Financial Recoveries", "Premier Financial Recovery Services", and/or "Darton, Cheswick &

9  Martin" are hereby permanently enjoined and restrained from the following:

10      1.   Interfering with CVS and/or any of its agents, representatives, contractors,

11  employees, and/or attorneys from collecting any monies from the Vendors identified in **Exhibit**

12  **"A"** to this Judgment;

13      2.   Corresponding verbally or in writing with any of the Vendors concerning

14  CVS and/or the Vendor Debit Balances identified in **Exhibit "A"**;

15      3.   Collecting or attempting to collect any further Vendor Debit Balances,

16  identified on **Exhibit "A"**, or any other monies owing to CVS from the Vendors identified in

17  **Exhibit "A"** or any other third parties.

18      4.   Retaining possession of any portion of any monies owing to CVS collected

19  from the Vendors identified in **Exhibit "A"**; and

20      5.   Using CVS' name or likeness in any of their debt collection efforts or

21  marketing or promotional materials.

22      IT IS FURTHER ORDERED AND ADJUDGED that the Court makes the

23  following findings of fact and law based upon the Stipulation entered into between Plaintiff and

24  Defendants and in support of this Judgment:

25      1.   As CVS' retained collection agent on the CVS Accounts who collected

26  monies from third parties for CVS' benefit, Defendants stood in a fiduciary relationship with

27  CVS.

28

2.      In the context of trying to secure CVS' business and the right to collect on the CVS Accounts, Defendants represented in writing to CVS on June 17, 2009, and subsequent dates, that:

         (a)      Defendants had a 75-90% success ratio relating to the collection of unpaid accounts, and

         (b)      Defendants had team managers and a staff of highly experienced and successful negotiators with a wealth of experience resolving hundreds of thousands of debit balances over the past 35 years. (A true and correct copy of the June 17, 2009 e-mail is attached hereto as **Exhibit "B."**);

3.      At the time Defendants made the representations set forth in Paragraph 2(b), above, Defendants knew each of these representations were false.

4.      In truth: 1) Defendants' success ratio working on the CVS Accounts was below 75-90% at the time of termination and 2) Defendants did not have a team or staff of highly experienced and successful negotiators with a wealth of experience, but rather GINCIG was Defendants' only employee who handled all the collection efforts on the CVS Accounts, using several aliases including, but not limited to, "Peter Ryan," "Thomas Darton," "Premier Financial Recoveries," and "Darton, Cheswick and Martin."

5.      In making the false representations set forth in Paragraph 2, above, Defendants intended to deceive CVS and cause CVS to hire Defendants to collect the CVS Accounts.

6.      CVS relied on each of Defendants' false representations set forth in Paragraph 2, above, in making its decision to retain Defendants and to transfer to Defendants the CVS Accounts for collection; CVS would not have hired Defendants but for their false representations.

7.      CVS' reliance on Defendants' false representations set forth in Paragraph 2, above, was justifiable given Defendants' superior knowledge and experience with the debt collection industry as compared to CVS' limited knowledge of the industry and CVS had no reason to know that any of Defendants' representations were false.

8.    As a direct and proximate result of the Defendants' fraudulent misrepresentations, CVS suffered damages in the amount of $915,944.80, which represents the monies owing to CVS pursuant to the CVS Accounts.

9.    Defendants collected $915,944.80 on various CVS Accounts, the entire amount of which belongs to CVS, which Defendants never paid to CVS nor accounted for to CVS prior to CVS' filing of this Action ("the Converted Monies").

10.    Defendants deposited all of the Converted Monies in their bank accounts, using all of the Converted Monies for their own purposes, and no longer have any of the Converted Monies, other than $75,000 collected on the Polymer Technology Systems, Inc. account currently held by Defendants' counsel Tesser, Ruttenberg & Grossman, to return to CVS.

11.    CVS never consented to Defendants' use of or conversion of the Converted Monies and in filing its Complaint in this Action, CVS demanded that Defendants return all of the Converted Monies, which Defendants failed to do.

12.    Defendants' use of the Converted Monies for their own purposes and refusal to repay, or account for, these sums prior to the filing of this Action was willful.  In committing the acts set forth above: 1) Defendants knew that the Converted Monies were not theirs and belonged to CVS; 2) Defendants knew that CVS was unaware that they had converted its monies; 3) Defendants knew their acts were wrongful; 4) Defendants used the Converted Monies for their own purposes knowing they did not have the right to do so nor sufficient funds to replace or reimburse the Converted Monies to CVS; 4) Defendants knowingly and intentionally used the Converted Monies for their own purposes, and not for CVS' purposes, knowing these monies belonged to CVS and with the specific knowledge and intent at the time of conversion that they would need to try and replace the Converted Monies from collections made on behalf of other Premier Financial Recoveries clients, which never occurred; 5) Defendants believed at the time of the conversion that financial injury to CVS in the form of CVS' failure to receive the Converted Monies was substantially certain to follow from their conduct as they did not have the financial resources or other volume of collection business at the time of the conversion to try and

1  replace the Converted Monies; and 6) Defendants acted without any just cause or excuse in

2  converting CVS' funds.

3         13.    As a direct and proximate result of the conversion set forth above in

4  Paragraphs 9-12, CVS suffered damages in the amount of $915,944.80, which represents the

5  sums collected by Defendants on the CVS Accounts which were never paid over to CVS.

6

7

8  Dated: _____August 27_____, 2013

9                                                    Hon. Jesus G. Bernal
                                                     United States District Court
                                                     Central District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Vendor Number | Vendor Name | Debit Balance |
|---|---|---|
| 1728 | MAYLONG GROUP LLC | $1,241,059.32 |
| 5533 | POLYMER TECH | $1,170,405.24 |
| 5558 | MIRALUS HEALTHCARE | $ 717,113.79 |
| 3207 | NEXT PROTEINS, INC. | $ 612,977.21 |
| 1503 | ZIPFIZZ CORPORATION | $608,600.44 |
| 1556 | PERFORMANCE LABS. INC. | $438,127.40 |
| 1865 | GUMRUNNERS, LLC | $288,814.72 |
| 6950 | K S G DISTRIBUTING INC | $265,219.37 |
| 1273 | LONG LIFE SERVICES, INC. | $260,594.78 |
| 2314 | CONCEPT LABORATORIES | $ 240,884.99 |
| 9817 | FORWARD FOODS, LLC | $ 236,928.10 |
| 2258 | NUTRITION 21 INC | $ 236,492.72 |
| 3944 | NUTRAMEDICS, INC. | $225,543.85 |
| 8805 | SONY PICTURES HOME ENTERTAINMENT | $224,150.59 |
| 3938 | PROMAX NUTRITION CORPORATION | $215,464.14 |
| 4500 | GENISOY FOOD COMPANY INC | $204,885.90 |
| 2053 | INOVA BRANDS, INC. | $204,396.25 |
| 4414 | PHOTO THERAPEUTICS, INC. | $162,579.76 |
| 3269 | CPMC, LLC | $ 158,585.85 |
| 9232 | GOLDEN ROAD FOODS, LLC | $130,532.20 |
| 1387 | GOLD, INCORPORATED | $ 123,870.64 |
| 0295 | FCMA, LLC | $123,441.79 |
| J698 | SALAMANDER GRAPHIX INC | $ 106,223.48 |
| 0490 | GAMMA PHARMACEUTICALS INC | $99,456.50 |
| 8285 | MEDIAPOWER, INC. | $82,667.29 |
| 4274 | GATEWAY COMMERCIAL FINANCE | $ 81,755.34 |
| 5241 | IDAHOAN FOODS LLC | $76,118.10 |
| 6456 | EMERSON RADIO CORP | $76,001.60 |
| 8626 | ZOO GAMES, INC | $73,700.52 |
| 2515 | REVELATIONS INC | $70,419.93 |
| 1436 | 21ST CENTURY HEALTHCARE | $ 69,137.45 |
| 6177 | PRESTIGE CAPITAL CORP | $64,190.40 |
| 7035 | CYTODYNE LLC | $63,748.63 |
| 9738 | MARKETING RESULTS LTD | $ 57,574.11 |
| 4700 | HOGIL PHARMACEUTICAL CORPORATION | $ 56,886.00 |
| 6546 | BASE 4 GROUP INC | $56,502.54 |
| 3410 | FREEZE 24/7 INTERNATIONAL LLC | $56,046.15 |
| G283 | H C W CO | $53,797.61 |
| 4298 | IMPULSE ONE LLC | $53,391.71 |
| 4006 | BORBA, INC. | $51,129.74 |
| 4528 | MCS INDUSTRIES INC | $50,435.21 |
| 4958 | HAKE HEAD LLC | $50,373.00 |
| 8119 | GLUCORELL INC.        CVS.COM | $49,402.40 |
| 6658 | EXAERIS HOLDINGS, LTD. | $46,983.15 |
| 7649 | CELEBRITY PRODUCTS DIRECT INC | $44,246.46 |
| 2846 | TIME WARNER RETAIL SALES AND MKTG | $43,351.98 |
| H228 | INLITEN LLC | $41,620.65 |
| 4966 | P S I HEALTH SOLUTIONS INC | $38,748.38 |
| K423 | COCA-COLA U S A | $37,780.97 |
| 0030 | JOCO BRANDS LLC | $37,740.48 |
| 0437 | BARILLA AMERICA INC | $37,060.63 |
| 5222 | ARTEMIS WOMAN LLC | $36,996.79 |
| 0495 | MERCHANT FINANCIAL CORP | $36,869.30 |
| 8153 | HUISH DETERGENTS INC | $35,800.27 |

EXHIBIT A

| | | |
|---|---|---|
| 3508 | AUDIOVOX ELECTRONICS CORPORATION | $35,294.20 |
| 7627 | GENOSIS, INC | $35,200.50 |
| 5758 | ZADRO PRODUCTS INC | $34,649.02 |
| 9189 | FLYING COLORS TOYS INC | $33,985.26 |
| 7880 | CIT GROUP COMMERCIAL SERVICES INC | $33,784.81 |
| 2072 | FLEMING & COMPANY | $33,395.05 |
| G844 | GRANDALL DISTRIBUTING CO INC | $33,228.51 |
| 5571 | BRITISH WHOLESALE IMPORTS INC | $ 32,579.32 |
| 0177 | SPEAR PHARMACEUTICALS INC | $31,674.37 |
| 7486 | KAYSER-ROTH CORP | $31,579.03 |
| 4996 | GRAY & MILES LABORATORIES | $30,473.11 |
| 4802 | GENPAK -CARTHAGE | $30,407.02 |
| 0806 | BEAUTOLOGY BRANDS COMPANY | $29,374.88 |
| 2487 | NOSTALGIA PARTNERS | $28,336.01 |
| 5617 | ALADDIN PMI | $28,117.22 |
| G467 | TICAL TRADING CO | $27,822.88 |
| G725 | GATE CITY BEVERAGE | $27,776.22 |
| 5119 | ACME UNITED CORP | $27,582.61 |
| G744 | SEVEN-UP BOTTLING CO -SF | $27,239.42 |
| 2697 | DR PEPPER / SEVEN UP | $ 26,642.19 |
| 6912 | LATE JULY ORGANIC SNACKS | $26,173.59 |
| 0330 | WORLDWISE, INC. | $25,324.00 |
| G472 | GRACIOUS LIVING | $25,092.90 |
| 6127 | IDEAL PRODUCTS LLC | $25,023.46 |
| 0845 | LA DOVE, INC | $24,240.62 |
| 4571 | BOSTON TEA COMPANY LLC | $24,056.16 |
| 2006 | CE DE CANDY INC | $23,868.63 |
| 7047 | PAN AMERICAN GRAIN MFG CO INC | $23,849.16 |
| 5866 | BFSM, LLC | $23,625.17 |
| 4151 | COSMETIC DERMATOLOGY, INC. | $22,914.20 |
| 7488 | COBY ELECTRONIC CORPORATION | $22,588.21 |
| B207 | CAROL FOR EVA GRAHAM INC | $22,383.00 |
| 5674 | TELEDEX INC | $22,053.71 |
| 7363 | NATURE'S CURE INC | $21,955.63 |
| 4749 | SUNSET HEALTH PRODUCTS INC | $21,812.39 |
| 9717 | ENZYMATIC THERAPY | $21,763.12 |
| 9680 | ALAGIO CORP | $21,671.13 |
| 8990 | MEDTECH PRODUCTS INC | $21,000.81 |
| 5179 | SPLINTEK PP INC | $20,424.81 |
| J647 | COORS WEST | $20,000.00 |
| G178 | MODEL IMPERIAL FINE FRAGRANCES | $19,544.92 |
| 5106 | KNOX | $18,792.50 |
| 6984 | NEWHALL LABS | $ 18,776.65 |
| K588 | HOLY COW PRODUCTS | $18,748.23 |
| 8750 | L T A INTL | $18,522.43 |
| 8261 | ITO EN | $18,131.86 |
| 0305 | D&E PHARMACEUTICALS, INC.  CVS.COM | $17,992.95 |
| 5011 | COCOA PETE'S LLC | $17,658.00 |
| C719 | CALIFORNIA COKE COLA BOTTLING CO | $17,620.55 |
| 8010 | KOZLOWSKI FARMS | $17,045.09 |
| 7763 | D M S HOLDINGS | $16,970.09 |
| 9510 | INTEX RECREATION CORPORATION | $16,869.75 |
| 4831 | SENECA FOODS CORP | $16,651.31 |
| 7051 | VITA SPECIALTY FOODS | $16,202.25 |
| 1873 | ADDED EXTRAS | $16,172.47 |

| 3311 | OUTSIDE LABS, INC. | $16,118.61 |
|------|-------------------|------------|
| A984 | JAY JEWELRY | $16,113.60 |
| 6253 | GOLDEN BEACH INC | $15,854.72 |
| 5714 | HEALTHPOINT | $15,798.96 |
| 5299 | HEALTHY FOOD BRANDS | $15,701.11 |
| 7488 | D C AMERICA | $15,455.99 |
| 5697 | TUPMAN THURLOW CO INC, THE | $15,298.34 |
| 1370 | BISSELL HOMECARE, INC | $14,952.42 |
| 7345 | CONTOUR PAK | $14,793.41 |
| 3442 | QUALIS GROUP LLC | $14,339.63 |
| 2V54 | TURNER, MICHAEL | $14,325.28 |
| 2405 | KISS MY FACE CORP | $13,972.13 |
| 4R32 | CASEY, KELLY L | $13,820.51 |
| 8869 | DEL LABORATORIES INC | $13,585.00 |
| 7205 | ORGANIC BATH CO, THE | $13,578.57 |
| B948 | MARIANI PACKING CO INC | $13,522.82 |
| 4987 | MILSEK FURNITURE POLISH INC | $13,136.24 |
| 0993 | CIT GROUP/ COMMERCIAL SERVICES, THE | $12,920.11 |
| H563 | CONCORD CONFECTIONS INC | $12,704.79 |
| 6624 | AMERICAN FLEECE ASSOCIATES INC | $12,617.26 |
| 9768 | LSQ FUNDING GROUP, L.C. | $12,595.07 |
| 6454 | LIFE WEAR TECHNOLOGIES INC | $12,284.15 |
| 1715 | THOMSON INC | $12,197.87 |
| E609 | DPSU BOTTLING COMPANY (DEX) | $12,197.68 |
| 3330 | COLD-FX PHARMACEUTICALS (USA) INC. | $12,113.36 |
| 7653 | EPICUREAN INTL INC | $11,954.45 |
| 6275 | ARCH CHEMICALS INC | $11,898.75 |
| 6083 | HAND KREATION | $11,805.80 |
| 7289 | MEDICO LABS INC | $11,741.51 |
| 4949 | SAFIERS INC | $11,707.00 |
| 1002 | DISCUS DENTAL, INC. .COM | $11,408.21 |
| 1117 | NATIONAL MUSIC RACK, INC. | $11,379.54 |
| 5757 | CENTURY FOODS | $ 11,254.00 |
| 7202 | M S H DISTRIBUTION | $11,139.62 |
| 7732 | LSQ FUNDING GROUP | $11,073.34 |
| 0299 | BUSH BROTHERS & COMPANY | $11,015.93 |
| 3949 | PAPYRUS | $11,000.00 |
| F110 | DOO KAN INC | $10,776.97 |
| R049 | SANOFI PASTEUR, INC | $10,540.22 |
| 5743 | GUITTARD CHOCOLATE CO | $10,456.70 |
| 1512 | PERRAULT & ASSOCIATES | $10,365.96 |
| 8837 | NOAH'S NATURALS | $10,237.01 |
| 5717 | PRIME HEALTH DIETARY SUPPLEMENT INC | $10,183.22 |
| 5178 | SOLAR COSMETIC LABS INC | $10,153.17 |
| 8988 | 1928 JEWELRY CO | $10,148.33 |
| 4358 | CRYOPAK INDUSTRIES | $10,141.60 |
| 7159 | GRACIOUS LIVING DIVISION | $10,056.06 |
| 5259 | ENDANGERED SPECIES CHOCOLATE | $10,037.29 |
| 5861 | VORNADO AIR | $10,034.47 |
| 3379 | MOORE UNIQUE SKIN CARE | $ 9,996.06 |
| 7503 | KANE INDUSTRIES CORP | $9,945.08 |
| 5165 | ACTIVE NUTRITION | $9,938.70 |
| 6844 | NUPAK LLC | $9,875.12 |

| 8731 | BAUMER FOODS INC | | $9,370.94 |
| K146 | INNOVATIVE CANDY CONCEPTS | | $9,238.50 |
| J762 | AMERISOURCE BERGEN -JV | | $9,156.18 |
| 1632 | NUMARK LABORATORIES INC | $ | 9,107.77 |
| K135 | QUALITY FRAGRANCE GROUP | | $8,718.77 |
| 9228 | SUNSWEET GROWERS | | $8,611.75 |
| 5712 | BOTANICAL LABORATORIES | | $8,548.80 |
| 3373 | NOAH'S NATURALS LLC | | $8,250.14 |
| 4950 | ALL-TEMP CORP | | $8,136.49 |
| 6957 | OBESITY RESEARCH INSTITUTE, LLC | | $8,112.71 |
| 3174 | METHOD PRODUCTS INC. | | $8,109.00 |
| 5246 | DISTINCTIVE BRANDS INC | | $7,999.63 |
| 4303 | JOLT COMPANY, INC THE | $ | 7,965.00 |
| 6884 | ACT GLOBAL TRADING INC | | $7,702.25 |
| 0157 | CANDY RIFIC LLC | | $7,699.90 |
| 4292 | WORKMAN PUBLISHING | | $7,655.51 |
| G483 | SEYFERT FOODS INC - FORT WAYNE | | $7,613.28 |
| 2686 | AMERIPLUS, INC. | | $7,576.09 |
| 7982 | WALKER MARKETING INC | | $7,490.34 |
| 8093 | ODWALLA | | $7,394.10 |
| 6006 | INTERACTIVE COMMUNICATIONS INTL | | $7,375.25 |
| 4911 | MALT-O-MEAL COMPANY | | $7,348.47 |
| 4771 | SER VAAS LABS INC | | $7,290.44 |
| 5488 | CAREX HEALTH BRANDS -OTC | | $7,273.67 |
| 8296 | BOOM LLC | | $7,263.22 |
| 7240 | REYNOLDS CONSUMER PRODUCTS | $ | 7,194.40 |
| C416 | SOUTHERN WINE & SPIRITS OF LAKELAND FL | | $7,029.84 |
| 8886 | GEORGIA-PACIFIC CORP | | $6,982.36 |
| 4136 | JAPONESQUE, INC. | $ | 6,903.36 |
| 16E6 | HENRY SCHEIN INC | | $6,892.59 |
| 1866 | WESTMINSTER PET PRODUCTS | $ | 6,771.56 |
| K866 | PEPSI-COLA CO -HI | | $6,758.83 |
| 7292 | PERFECTA PRODUCTS INC | | $6,725.98 |
| 7574 | CONNORS BRUNSWICK INC | | $6,704.84 |
| 3360 | BLOOM NORTH AMERICA LLC | $ | 6,637.62 |
| 4993 | CRISTOPHE-LEVYN LLC | | $6,551.21 |
| A846 | CURRENT NEWS (BOOKS) COMPANY | | $6,436.85 |
| B865 | INTRASTATE (DEX) | | $6,402.29 |
| 1Y24 | ZBYZENSKI, JOSEPH S | | $6,332.00 |
| L056 | DANECRAFT INC | | $6,290.76 |
| 5356 | AMITY/ROLFS | | $6,284.22 |
| K324 | FLORA CONSUMER PRODS LLC, CHARLES | | $6,202.09 |
| 7529 | CONSOLIDATED BISCUIT CO | | $6,053.78 |
| 271L | SAVINGS CARD, THE | | $5,880.00 |
| 0255 | PREMIER NUTRITION, INC. | | $5,791.41 |
| 2655 | PURONYX INC | | $5,650.20 |
| 5420 | BEAUMONT PRODUCTS INC | | $5,643.92 |
| 4375 | BODY MINT USA LLC | | $5,636.07 |
| 3562 | HPI INTERNATIONAL INC. | | $5,559.83 |
| K196 | FOUR SEASONS GENERAL MERCHANDISE | | $5,548.21 |
| 0248 | EAREST, INC | | $5,505.15 |
| 1501 | SUNWISE SWIMWEAR INC | | $5,395.93 |

| | | |
|---|---|---|
| 8431 | PERSONAL OPTICS | $5,358.60 |
| G708 | PACIFIC PATHWAY | $5,330.91 |
| 7953 | BAXTER HEALTHCARE CORP | $5,286.96 |
| 2817 | HASMAN INC. | $5,245.20 |
| 5482 | LANGER JUICE CO INC | $5,223.42 |
| K893 | HOLMES GROUP, THE | $5,116.00 |
| 060U | VERNALIS PHARMACEUTICALS, INC | $5,051.20 |
| 8892 | COLONIAL DAMES CO LTD | $5,032.30 |
| 4845 | SUNSHINE MILLS INC | $5,032.00 |
| 2062 | TAISHO PHARMACEUTICALS | $ 4,933.31 |
| 5386 | SCOTT'S LIQUID GOLD INC | $4,898.06 |
| 3732 | LOG HOUSE | $4,894.88 |
| 1A33 | NMHG FINANCIAL SERVICES | $4,887.00 |
| 1141 | GEORGIA NUT COMPANY, INC. | $4,875.00 |
| 8808 | DICKINSON BRANDS | $4,810.88 |
| J948 | MASTERFOODS U S A INC | $4,798.79 |
| 8903 | JASON NATURAL PRODUCTS INC*** | $4,772.57 |
| K557 | SPIC & SPAN CO, THE | $4,746.73 |
| J634 | ANDERSON NEWS LLC -HAWAII | $4,730.44 |
| 3856 | TREE OF LIFE, INC D/B/A | $ 4,714.75 |
| K796 | IVAX PHARMACEUTICALS | $4,686.84 |
| 3115 | HELLO IMPORTS, LLC  CVS.COM | $ 4,597.56 |
| 3701 | B-FRESH | $ 4,595.73 |
| K001 | SINCLAIR & VALENTINE | $4,514.04 |
| 1507 | D & D HEALTH | $4,496.24 |
| 4248 | ADVANCED INSTITUTE OF SKIN CARE | $4,478.40 |
| 8134 | OMEGA DISTRIBUTING | $4,457.20 |
| 5252 | GN US INC | $4,425.94 |
| 49K3 | CUMMINGS MEDICAL SERVICE, INC. | $4,389.49 |
| 5039 | R P I GROUP, THE | $4,379.62 |
| 8009 | PROTIVIT/CREATIVE OPTIONS | $4,285.88 |
| 3282 | SECCO TECHNOLOGIES LLC | $4,197.34 |
| K657 | TEXAS INSTRUMENTS | $4,189.42 |
| K097 | SOUTHERN WINE & SPIRITS SPRKS- NV | $4,109.89 |
| 4794 | DESIGN INTERNATIONAL GROUP | $4,015.01 |
| 3220 | SCHWAN'S CONSUMER BRANDS NORTH AMERICA | $4,000.00 |
| 4377 | IMPLUS CORP/FIRST FACTORS CORP | $3,956.04 |
| 5777 | NATURADE INC | $3,937.66 |
| 2168 | CIT GROUP/COMMERCIAL SERVICES, THE | $3,931.04 |
| 9026 | MAUNA LOA MACADAMIA NUT CORP*** | $3,880.15 |
| 3388 | LEAP YEAR PUBLISHING | $3,860.00 |
| K566 | GOLD RIVER MILLS LLC | $3,800.00 |
| K041 | QUIGLEY CORP, THE | $3,769.00 |
| 8883 | BORGES U S A INC | $3,734.77 |
| 5568 | ULTRA-OPTIX INC | $3,641.22 |
| 9668 | DELICIOUS BRANDS LLC | $3,553.15 |
| 5342 | PREFERRED PLUSH | $3,545.84 |
| F081 | CUSTOM CO, THE | $3,518.59 |
| 5434 | A T CROSS COMPANY | $3,479.40 |
| 4800 | HILLSIDE CANDY | $3,458.49 |
| 0179 | VERLA INTERNATIONAL, LTD | $ 3,450.00 |
| H390 | CRYSTAL FARMS RDC | $3,417.56 |
| 4194 | BRISTOL MYERS/WESTWOOD PHARMACEUTICALS | $3,329.72 |

| Code | Name | Amount |
|------|------|--------|
| 2214 | CHANGING PARADIGMS | $3,319.43 |
| 4748 | DELTA CARBONA L P | $3,293.72 |
| 7810 | CONCORD KEYSTONE SALES CORP | $3,241.79 |
| 2108 | E.T. PERFUMES INC | $3,194.77 |
| 7957 | HURRS INTL INC | $3,177.69 |
| H204 | IMPERIAL TOY CORP | $3,153.23 |
| 6755 | CYTOSPORT INC | $3,107.00 |
| 201M | BUNKY LINES INC | $3,094.80 |
| 7822 | WELLS FARGO TRADE CAPITAL, LLC | $3,054.33 |
| 9384 | OTC SUPER BRANDS, INC | $3,049.95 |
| G302 | HALFON CANDY CO | $3,000.00 |
| J494 | L & R DISTRIBUTORS INC | $2,967.00 |
| 5285 | SEASIDE FARMS | $2,947.92 |
| 8718 | DELSTAR SECURITY & WIRELESS COMMUN | $2,926.23 |
| 7146 | XCELL INTERNATIONAL CORP | $2,886.50 |
| 0735 | CANDY TECH LLC | $2,869.98 |
| 0818 | GRABBER, INC | $ 2,868.04 |
| F133 | CORPORATE SERVICES INTL INC | $2,851.74 |
| E013 | SAND DOLLAR DISTRIBUTORS INC | $2,830.89 |
| 5053 | WARP BROTHERS | $2,778.61 |
| 5869 | LIBERTY MEDICAL | $2,767.15 |
| 4152 | OC ENERGY DRINK INC. | $2,758.95 |
| 6241 | MILK PRODUCTS LP | $2,733.25 |
| K065 | ALLEN CANNING CO INC | $2,714.96 |
| 1600 | DR. THOMPSON'S COLD WAR | $ 2,710.26 |
| 1881 | BG PRODUCTS, LLC | $2,649.89 |
| 2687 | BRITANNE CORPORATION CVS.COM | $ 2,594.96 |
| E008 | ROYCE MEDICAL COMPAN | $2,586.56 |
| 4857 | GERBER CHILDREN'SWEAR, INC | $ 2,506.82 |
| 4814 | WARNER CANDY CO | $2,499.87 |
| 6514 | BRUCE FOODS CORP | $2,492.37 |
| G186 | ACME LINEN CO INC | $2,481.52 |
| 7000 | MILTON'S BAKING CO | $2,464.13 |
| 5236 | LOEW-CORNELL | $2,459.73 |
| 4775 | O P I PRODUCTS INC | $2,449.18 |
| 2119 | BIOHEALTH TECHNOLOGIES | $2,420.39 |
| 7442 | HYLAND'S INC | $2,403.89 |
| 4717 | INTERNATIONAL PAPER | $2,370.63 |
| G947 | FIGI | $2,356.65 |
| 7408 | RIVER VALLEY FOODS | $2,347.25 |
| 4952 | PURELINE ORALCARE, INC. | $ 2,330.50 |
| K204 | DIAMOND OF CALIFORNIA | $2,328.00 |
| 4471 | DRINKS THAT WORK, INC. | $ 2,323.88 |
| 6010 | TOP FLIGHT, INC. | $2,303.05 |
| 8794 | UNIVERSAL RETAIL PRODUCTS | $2,294.41 |
| F852 | HAWAIIAN ISLAND SALES | $2,293.93 |
| 5707 | MISTY MATE, INC | $2,210.92 |
| 3809 | TPR HOLDINGS LLC | $2,200.27 |
| 1444 | KCRP LLC | $2,167.00 |
| 9036 | SUPERIOR NUT CO INC | $2,163.74 |
| 5290 | DA VINCI PHARMACEUTICALS LLC | $2,158.67 |
| 3861 | ROMAN MEAL COMPANY | $2,149.73 |
| 9099 | C C D A WATERS LLC | $2,141.36 |
| 4764 | IN DEMAND MARKETING LLC | $2,138.56 |

| | | |
|---|---|---|
| 4981 | SUNSATION INC | $2,127.84 |
| H063 | BIG SHOT DISTRIBUTORS INC | $2,060.95 |
| K716 | G E LIGHTING | $2,060.94 |
| G343 | COCA COLA BOTTLING CO MACOMB | $2,052.80 |
| 8035 | BEE INTL | $2,036.94 |
| 201D | BONITAS INTERNATIONAL | $2,031.35 |
| F856 | B & B ISLAND DISTRIBUTING | $2,020.00 |
| 5579 | AUTHENTIC SPECIALTY FOODS INC | $2,019.55 |
| 0589 | ASCENDIA BRANDS | $2,018.35 |
| 7242 | HOSODA BROS INC -GARDENA | $2,017.12 |
| G063 | LEHRHOFF SALES INC, AL | $2,012.77 |
| 6903 | MOM 'N POP | $1,969.22 |
| 9212 | HOSODA BROS INC -LV | $1,936.84 |
| 6650 | REDIFORM INC | $1,898.14 |
| G449 | BERWICK OFFRAY HONG KONG LTD | $1,893.57 |
| 4253 | GOLD INC | $1,863.87 |
| 8064 | PROFOUND COSMETICS CORP | $1,842.66 |
| K182 | L'OREAL CONSUMER PRODUCTS DIV | $1,826.81 |
| 8235 | KIDCO | $1,801.45 |
| F848 | AHI PAKA | $1,774.11 |
| 0494 | COTTON BUDS INC | $1,760.34 |
| 5033 | JEAN PIERRE INC | $1,733.03 |
| 2245 | STONE BRIDGE PHARMA, LLC | $1,709.55 |
| 6993 | ATLANTIC INC | $1,707.96 |
| 5202 | CHELSEA MILLING COMPANY | $1,692.04 |
| K360 | ALAN JAMES GROUP | $1,630.76 |
| H892 | BIRMINGHAM BEVERAGE (NON-ALCOHOL) | $1,586.93 |
| 6116 | EQUITY MARKETING | $1,584.48 |
| E150 | SANTA RITA BOTTLING (DEX) | $1,575.64 |
| 7534 | GOODY PRODUCTS INC | $1,571.36 |
| 8012 | INTER PACIFIC CORP | $1,564.46 |
| 7413 | M & M GLOBAL BRANDS | $1,558.04 |
| 8403 | CONAGRA FUNCTIONAL FOODS INC | $ 1,515.12 |
| 8826 | NEW AGE ELECTRONICS INC | $1,511.85 |
| 6240 | ALLSTATE CAN CORP | $1,500.00 |
| A888 | HEADLINERZ INC | $1,469.66 |
| 6593 | SEE'S CANDIES INC. | $1,459.47 |
| 1539 | BIORX LABS | $1,448.53 |
| 0525 | HIGH PERFORMANCE FITNESS, INC. | $1,442.75 |
| 5095 | HULCO SALES CORP | $1,439.62 |
| 13Y1 | AUTO DOORS OF GEORGIA | $1,425.00 |
| 8123 | LEGGETT & PLATT INC | $1,414.26 |
| K884 | CHRISTMAS LIGHT CO, THE | $1,393.02 |
| 6054 | SPRING AGAIN LLC | $1,381.83 |
| 6970 | BRAIN STORM PRODUCTS LLC | $1,379.82 |
| 9690 | ENLITEN | $1,375.11 |
| H233 | FUNRISE TOY CORP | $1,375.00 |
| 6074 | TYRELL INC | $1,373.38 |
| 5724 | OAKHURST | $ 1,367.55 |
| 0481 | HBA MANUFACTURING, LLC | $1,360.00 |
| 8828 | BENSON OVERSEAS INC | $1,342.58 |
| 091R | NADEL ARCHITECTS, INC | $1,334.44 |
| H639 | CREST BEVERAGE CO (ABS) ALCOHOL | $1,286.56 |
| A946 | ECLECTIC INSTITUTE INC | $1,264.20 |
| 6135 | RUSSELL & MILLER INC | $1,194.48 |

| | | |
|---|---|---|
| 9807 | TYPHOON MEDIA CORPORATION | $1,193.51 |
| 5196 | SUEISMIEL | $1,184.83 |
| 4162 | GOLDEN CAPITAL DISTRIBUTOR | $1,163.80 |
| 6320 | LAZZARONI U S A CORP | $1,153.68 |
| F371 | E F C OF HAWAII INC | $1,139.01 |
| 5012 | ROSENTHAL & ROSENTHAL | $ 1,121.83 |
| H751 | GALAXY DISTRIBUTORS | $1,075.20 |
| 3099 | CHUPA CHUPS USA | $1,050.00 |
| 5I11 | KENT H LANDSBER- INSIDE SALES | $1,049.50 |
| 8908 | SOUTHERN WINE & SPIRITS OF CA | $1,036.00 |
| 9279 | GALLANT GREETINGS CORP | $1,034.70 |
| J974 | OLD WORLD INDUSTRIES INC | $1,000.00 |
| 3643 | X-DIGITAL MEDIA INC. | $993.72 |
| 7113 | AMERICA ACTION INC | $981.23 |
| J958 | N S J MAUI DISTRIBUTING INC | $967.50 |
| 9082 | HAWAIIAN HOST CHOCOLATES -CA | $949.83 |
| K775 | OMNI GLOW LLC | $941.53 |
| J915 | KASHI SALES LLC | $934.68 |
| G692 | GUSTO DISTRIBUTING | $920.88 |
| 6858 | SCREENLIFE LLC | $916.92 |
| 8774 | M V P GROUP INTL INC | $907.87 |
| J822 | J M S LABS LIMITED | $900.00 |
| 2661 | DESIGN KNOWHOW LLC | $889.51 |
| G810 | VIVITAR CORP | $880.00 |
| 0958 | SELECT SNACKS, INC | $856.80 |
| F154 | ALLIED SUPERSTARS INC | $851.48 |
| H461 | PENTAX U S A INC -PASADENA | $843.22 |
| 8653 | GSSI | $840.00 |
| I234 | USA TODAY-FRANKLIN TN | $834.97 |
| 1565 | CROWLEY FOODS INC | $824.41 |
| 2317 | LUCKY BINGO PRODUCTS | $801.05 |
| 6336 | AVIV JUDAICA IMPORTS | $800.00 |
| 7142 | PLAYTEX PRODUCTS | $789.32 |
| 2381 | HIGH SPEED VIDEO INC. | $786.32 |
| D202 | NIELSEN MARKET DECISIONS | $771.54 |
| 3B25 | TOMETI, ADEKUNLE | $741.65 |
| K221 | ROBERT ENTERPRISES INC | $734.01 |
| 6812 | MARLEX PHARMACEUTICALS INC | $728.02 |
| 0276 | SENTRY INDUSTRIES, INC | $724.02 |
| 7676 | MASTER PIECES PUZZLE CO INC | $700.00 |
| G952 | FISK INDUSTRIES INC | $700.00 |
| 2741 | DISCOVERY DINING | $638.00 |
| 5O86 | PRI-MED | $625.00 |
| A159 | JOHNSON BROTHERS OF HONO | $624.10 |
| J783 | C & H SUGAR CO INC | $623.70 |
| 6747 | KERNS BEVERAGE LLC | $616.77 |
| A763 | INVACARE SUPPLY GROUP | $611.98 |
| 6262 | N T A ENTERPRISE INC | $608.51 |
| K607 | ORAHEALTH USA INC | $606.26 |
| H198 | GUND INC | $605.27 |
| 7034 | DESERET LABORATORIES INC | $600.00 |
| 8719 | AWESOME PRODUCTS INC | $600.00 |
| H055 | NABISCO BISCUIT COMPANY | $597.47 |
| 1857 | DOANE PET CARE | $588.24 |
| 7184 | AMERICAN DIRECT INC | $587.90 |

| K824 | QUALITY KING DISTRIBUTORS INC | $586.51 |
|------|-------------------------------|---------|
| G634 | ACT GLOBAL TRADING INC (IMPORT) | $558.00 |
| 9216 | KIRKLAND RANCH WINERY | $557.50 |
| 272C | DROS ENTRY SYSTEM | $550.00 |
| 7095 | HAIER AMERICA TRADING LLC | $546.96 |
| 7211 | C T I INDUSTRIES CORP | $543.16 |
| J823 | HARVEST MOON FOODS | $525.42 |
| 5529 | AMERICAN AIR FILTER | $522.80 |
| 273D | GENERAL IMAGING COMPANY | $520.00 |
| 6170 | OPTIO HEALTH PRODUCTS INC | $512.50 |
| H413 | ISRAEL GIFTWARE DESIGNS | $507.93 |
| 1760 | BLUE CROSS BEAUTY PROD | $502.97 |
| J777 | HIGH INTENCITY CORP | $497.50 |
| 0987 | BSW INTERNATIONAL | $480.00 |
| K125 | BERNARD COSMETICS INC, HENRI | $469.94 |
| 9163 | AMERICAN PROMOTIONAL EVENTS -NW | $467.03 |
| K506 | HAMBLY STUDIOS | $451.58 |
| 8832 | BRABANTIA USA INC | $450.00 |
| 2732 | EVER-GREEN SEASONS LLC | $447.65 |
| 1X34 | DEFRANCISCO & SONS LLC | $446.25 |
| G315 | ELEGANT PROFESSIONAL STYLING TLS | $420.54 |
| J794 | S & G DISTRIBUTORS INC | $419.16 |
| 1843 | SYMBOL TECHNOLOGIES | $418.04 |
| K252 | BIRTHDAY BOOK CO, THE | $412.85 |
| 210B | CELIKATES, AXEL | $408.71 |
| 5069 | SHINE ON PUBLICATIONS INC | $404.51 |
| 6194 | CREATIVE DESIGNS INT'L LTD | $401.52 |
| G393 | WORLD WIDE DISTRIBUTING -SF | $397.00 |
| H257 | EYEBROWZ DESIGNS INC | $394.74 |
| 8121 | STYLEMARK, INC | $390.41 |
| 6256 | M B R INDUSTRIES INC | $363.38 |
| 8684 | CRESTMARK BANK FBO ULTRA PET COMPANY,INC | $358.57 |
| J496 | MT AUKUM WINERY INC | $348.96 |
| 1161 | PAW PRINTS GROUP INC. | $340.84 |
| 6265 | HEUCK CO, M E | $338.96 |
| 8051 | COLUMBIA DIST -SEATTLE | $334.44 |
| E293 | NEVADA BEVERAGE COMPANY | $332.35 |
| K414 | A W R SPORTS LLC*** | $329.95 |
| 9217 | MERCADO LATINO INC | $326.43 |
| F260 | BESS PRESS | $318.58 |
| 7869 | S A S GROUP INC | $304.09 |
| 2436 | ANNIN & COMPANY | $300.00 |
| 6021 | TECH COLOR GRAPHICS INC | $300.00 |
| J979 | SEVENTH GENERATION INC | $300.00 |
| K783 | SHARP ELECTRONICS CORP | $300.00 |
| K976 | CADACO | $300.00 |
| G485 | SHAWNEE QUALITY SNACKS | $284.07 |
| H247 | COMSTOCK WINE & SPIRITS | $278.00 |
| 6362 | BEADWEAR, INC | $277.10 |
| G407 | FOUR STAR GROUP | $275.00 |
| 2H50 | VESDIA CORP | $270.36 |
| 062J | CORPKIT LEGAL SUPPLIES | $267.25 |
| 7972 | VOORTMAN COOKIES | $264.18 |
| 2715 | NEXTAR INC | $258.00 |

| 6079 | AMPAC HOLDINGS LLC | $250.00 |
|------|-------------------|---------|
| 8065 | HOFFMASTER/FONDA BRANDS/ | $248.35 |
| 4093 | NIADYNE, INC. | $240.00 |
| 271D | VERIZON SELECT SERVICES INC | $237.50 |
| K456 | BRISTOL BREWING CO | $230.50 |
| B866 | BENCHMARK DISTRIBUTING | $224.00 |
| G475 | BELCAM INC | $217.66 |
| 0664 | BLN CAPITAL FUNDING LLC | $214.91 |
| 4034 | CARSON PRODUCTS CO | $212.41 |
| 5001 | FOR LIFE PRODUCTS INC | $209.60 |
| 7217 | SANTA'S BEST | $208.68 |
| 8724 | ADVANTAGE SALES & MARKETING | $207.63 |
| K253 | KURT'S SPORTS DIST | $207.39 |
| H115 | K C & CO/ L'ILLUSION 1 | $202.00 |
| 6988 | GOLD VIOLIN | $195.36 |
| A413 | ESKIMO PIE FROZEN DISTRIBUTION INC | $189.48 |
| 2720 | HAWAIIAN EXPRESS SERVICE INC | $188.96 |
| 9089 | INTERNATIONAL WHOLESALE SUPPLY | $185.00 |
| 0D17 | CUMBERLAND TRUCK EQUIPMENT | $181.36 |
| 3814 | LUSTER PRODUCTS COMPANY | $181.20 |
| E614 | VALLEY DISTRIBUTORS INC | $178.85 |
| 6286 | SOY BASICS LLC | $176.71 |
| 8838 | SPECK PRODUCTS | $167.18 |
| 5026 | BAY ISLAND INC. | $163.76 |
| G062 | MOHAWK MARKETING CORP | $162.56 |
| 4848 | PAPPAS & CO INC, CLEMENT | $161.21 |
| 9271 | SENARIO LLC | $160.22 |
| 1818 | EASTERN INDUSTRIES | $158.47 |
| F465 | ELITE INNOVATIONS | $157.20 |
| 4536 | EMRAD CREATIONS, INC. | $155.50 |
| 1085 | MALIBU TOYS INC | $153.55 |
| 8740 | ILLUSIONS INTERNATIONAL INC | $153.16 |
| 1491 | SYROCO | $152.99 |
| 0619 | EMERALD INNOVATIONS | $150.00 |
| 5535 | M W POLAR FOODS | $150.00 |
| 7071 | VALOR BRANDS LLC | $150.00 |
| 7377 | GREENBRIER/SCENTEX | $150.00 |
| K771 | LEGO SYSTEMS INC | $150.00 |
| 9273 | BESCO ASSOCIATES | $146.40 |
| 7922 | KNIGHT DISTRIBUTING CO | $145.75 |
| 1322 | M&R DIS & FIRST STATE BANK OF ELDORADO | $139.81 |
| K683 | NAIL TEK | $125.82 |
| 2688 | INTERDESIGN | $124.88 |
| K547 | HARRIS SALES CO | $121.28 |
| J931 | IN ZONE BRANDS INC | $119.46 |
| 6276 | SAN JOAQUIN VALLEY FARMS INC | $118.79 |
| J675 | N C AUTO PARTS LLC | $110.91 |
| 7246 | U S PLAYING CARD CO, THE | $109.44 |
| 6869 | LE BLEU CORPORATION | $107.82 |
| K250 | LI DESTRI FOODS INC | $104.24 |
| 7081 | BELKIN INC | $103.18 |
| 6292 | J L M FORMATION INC | $101.45 |
| 6961 | SUTTON & SONS INC, A D | $101.42 |
| P851 | PHILADELPHIA NEWSPAPER INC | $90.80 |

| 7777 | X CONCEPTS | $68.29 |
| 8201 | SEVYLOR INC | $66.85 |
| 5721 | S B C FIREMASTER LTD | $61.44 |
| 7937 | TRAVELERS CLUB LUGGAGE INC | $53.30 |
| 6244 | TETLEY USA INC | $36.20 |
| 2475 | PARIS BUSINESS PRODUCTS INC | $16.35 |
| 0774 | BERGEN RX BRUNSWIG RETAIL - PROCARE | $2.31 |
| | | $12,835,005.42 |

| From: | Peter Ryan Chief Financial Officer <CaliforniaCEO1@aol.com> |
|---|---|
| Sent: | Wednesday, June 17, 2009 12:19 PM |
| To: | Shepherd, Randall J. <Randall.Shepherd@CVSCaremark.com> |
| Cc: | Lucia, David W. <David.Lucia@CVSCaremark.com>; Keneally, Rita M. <RMKeneally@cvs.com> |
| Subject: | Getting underway |
| Attach: | Clear Day.jpg |

**Member: NRF: National Retail Federation**
**Member: IRF: International Retail Federation**
**Member: NACM: National Association of Credit Management**
**Member: IACC: International Association of Commercial Collectors**
**Member: Retail Council of Canada**
**Member: IAPP: International Accounts Payable Professionals**

**PREMIER IS NOW A TOPCO/TOPSOURCE VENDOR PROVIDER**

June 17, 2009

Attn: Mr. Randy Shepherd
CVS

RE: GETTING UNDERWAY: VENDOR DEBIT BALANCE COLLECTIONS

Dear Randy,

I first want to thank you again for your time, courtesy and professionalism when we spoke yesterday.

I very much appreciated the opportunity to speak with you and am very pleased we had such a productive personable chat (as well as a few laughs along the way). That makes for a great and highly successful working relationship!

I came away from our conversation even more confident about Premier's ability to readily, expeditiously, successfully and cost-effectively provide CVS/Longs with vendor debit balance collection services that will be truly advantageous and of invaluable benefit to you....recovering/recapturing the company moneys due back to you from vendors no longer being deducted from.

I have no doubt you will find that Premier will address any/all of your specific company needs on each balance placed.



Premier Financial Recoveries will prove to be the invaluable resource our clients <u>always</u> rely upon, just as we have done for other major retailers over the past 35+ years.

**Our goal: To recover at least 75-90%** of your unresolved issues with remarkable and unprecedented cost-efficiency, as promised (it gets even better...please read on!)

In fact, 2008 marked the 35th consecutive year that Premier Financial Recoveries led the collection industry financial sector both nationwide and worldwide in three vital categories: our outstanding success ratio,     our elite levels of client services that we provide and our unbeatable cost-efficiency.

Yes, Randy, there are numerous advantages to our assisting *especially on disputed/aged balances*. One of the most important and most significant of these benefits being, as we chatted about: Vendors will immediately realize their debit balance is NOT going to be written off and forgotten with the passing of time.

A vendor recognizing CVS considers the matter serious enough to retain Premier is an important step in our successfully interceding and expediently advocating for you in both a cost and time effective manner.

It is important to highlight some of the numerous advantages to CVS (and to other distinguished retailers across the globe) in choosing and utilizing the superior client services provided by Premier:

> 1) **OUR SUCCESS RATIOS**: Premier's unparalleled 75-90% success ratios WILL consistently yield a substantial positive fiscal impact for CVS, collecting moneys that would otherwise be lost;

> 2) **OUR CLIENT SERVICES**: There are ***never any additional fees*** for the client services Premier will tailor to meet your specific requirements, for example:

a) <u>REPORTS</u>: The reports we send to clients are always generated in the format they desire containing the information they require. I will email you a sample for your review.

b) <u>SKIP-TRACINGS—NO ADDITIONAL FEE</u>: We are great "Columbos"! If a vendor or company is still in business, we will locate and contact them on your behalf.

> 3) **OUR COST-EFFICIENCY: With a fee of only 5% of what we help resolve/collect, Premier will afford CVS absolutely extraordinary cost-efficiency.**

**As we discussed, I would like to take the opportunity to extend even greater unsurpassed cost efficiency to CVS:**

**Upon placement of CVS debit balances (in addition to the Longs debit balances), Premier will decrease our fee to only 4%.**

> 4) **TURN AROUND TIME ON BALANCES**: Yes, our caseload is always current, Randy. We receive balances today---we begin our successful recovery of our client's moneys today.

YES---you WILL have a report of our progress within 1 weeks placement of your debit balances.

➢ 5) **TIME SAVED FOR OUR CLIENTS**: Time is money (an old, yet accurate cliché?).

**As we spoke about, all we need to begin recovering your debit balances are the names of the vendors, their last contact info (address, telephone/fax numbers, email addresses etc...) and the amounts due.**

**A spreadsheet is often helpful as well; as we discussed, I will email you a copy of one of the Longs placements so you can see exactly what they would initially provide us.**

Backup/support documentation will only be requested as needed, thereby saving your staff this valuable time and take the frustration of dealing with uncooperative vendors out of your hands.

➢ 6) **A WEALTH OF EXPERIENCE**: My *staff has resolved hundreds of thousands* of debit balances over the past 35 years. There is no company with more success or experience than Premier.

➢ 7) **ALL ACTIVITY= IS OVERSEEN BY THE CFO**: My commitment to my clients involves my personal contact at all times. As a past president of the Southern California chapter of the IAPP---the International Accounts Payable Professionals, I bring a unique perspective and vast level of experience working directly with vendors (35 years worth) to all of my clients.

Premier representing an equal number of retailers as we do manufacturers, distributors, wholesalers, organizations, etc is also advantageous in our working with the folks we will be speaking to and lends itself to our more successfully more quickly recovering your balances.

➢ 8) **MORE EXPERIENCED TEAM MANAGERS AND STAFF**: The majority of our staff has been with us at least 15-20 years. Each are personable team members who are highly skilled, highly experienced successful negotiators and professionals. They work exceptionally well with vendors.

➢ 9) **WE ARE NOT AN AUDITING GROUP AND NOT JUST A LETTER SERVICE**: At Premier, we are working directly with vendors/companies every day...always taking the time to listen, talking to people at length. Our hands-on and personal perspective always extended on behalf of our clients, lends itself to our having a more "localized" aspect to all of our successful assistance and renders us a far more effective solution than other companies and far more able to recapture your moneys.

The professional and personable manner in which we interact both with our clients as well as your vendors does lend itself to our more expeditious results and our consistently higher success ratio.

➢ 10) **OUR LONGEVITY**: "Happy 35 year anniversary" was January 2008!

And so, my Team Managers, Executive Staff and I are standing by *ready to continue to tailor our 35+ years of successful expertise and strategic solutions to meet your specific company needs.* We are prepared to immediately assist you and we look forward to getting started on any and all balances from 2004 forward--primary and secondary—national and international.

CVS will continuously realize the multitude of benefits that are the result of Premier's staff constantly working on its behalf, leaving your department more time to handle numerous other daily priorities.

Additionally, the extraordinary and unprecedented cost-efficiency I am proposing always provides an even stronger and more prosperous position for my client's Accounts Payable & Accounts Receivable departments.

In closing, I again very much appreciated the time we spent when we spoke and I am looking forward to hearing from you or Dave or Rita later this week and to receiving the information and to getting underway.

I remain certain you each will be exceedingly pleased by and consistently impressed with Premier's more thorough and more comprehensive services, the expedience with which we will always recover CVS's debit balance moneys and, again, our exceptional unsurpassed and unequalled industry-leading success ratios and incomparable cost-efficiency.

I, of course, am available at any time to address any further questions.

I look forward our getting started and to Premier Financial Recoveries being a profitable advocate on the behalf of CVS and a valuable member of your team.

With My Very Best Regards,

Peter T. Ryan
Chief Financial Officer

PREMIER FINANCIAL RECOVERIES

Phone: 310-581-4246 Fax: 310-452-4246

email: pryan@pfrecovery.com

cc: Dave Lucia

Rita Keneally

**DELIVERING WINNING MORE COST EFFECTIVE STRATEGIES
TO DISTINGUISHED RETAILERS WORLDWIDE SINCE 1973**